**TIRE CARE AND MAINTEN... E RECOMMENDATIONS TO AVOID PREMATURE WE... .JT OR TIRE FAILURE**
**DRIVING ON ANY TIRE THAT DOES NOT HAVE THE CORRECT INFLATION PRESSURE IS DANGEROUS AND WILL CAUSE TIRE DAMAGE**

FAILURE TO MAINTAIN CORRECT INFLATION PRESSURE MAY RESULT IN SUDDEN TIRE DESTRUCTION, IMPROPER VEHICLE HANDLING, AND MAY CAUSE RAPID AND IRREGULAR TIRE WEAR. THEREFORE INFLATION PRESSURES SHOULD BE CHECKED FREQUENTLY, AT LEAST ONCE A MONTH, AND ALWAYS PRIOR TO LONG DISTANCE TRIPS. PRESSURES SHOULD BE CHECKED WHEN TIRES ARE COLD. IN OTHER WORDS, AT LEAST 2 HOURS AFTER THEY HAVE BEEN USED ON YOUR VEHICLE.

Know the correct inflation pressure for your vehicle. Check your vehicle manufacturer's requirements. These pressures must be maintained as a minimum.

For continuous high speed driving, add 4 pounds pressure for highway passenger and 10 pounds for light truck tires but do not exceed the maximum pressure marked on the tire.

Never "BLEED" air from hot tires as your tires will be underinflated. Use an accurate tire gauge to check pressures.

**HIGH SPEED DRIVING CAN BE DANGEROUS AND MAY BE DAMAGING TO YOUR TIRES.** YOU SHOULD NOT EXCEED REASONABLE SPEEDS AS INDICATED BY THE LEGAL LIMITS AND DRIVING CONDITIONS.

**ALL LUG NUTS ON CUSTOM AND ALLOY WHEELS MUST BE RE-TORQUED AFTER 25 MILES AND CHECKED PERIODICALLY.**



APPLYING TIRES TO YOUR VEHICLE WITH A LOWER SPEED RATING THAN THE ORIGINAL EQUIPMENT TIRE FOR YOUR VEHICLE IS NOT RECOMMENDED AND MAY CHANGE THE HANDLING AND PERFORMANCE OF THE VEHICLE. YOUR VEHICLE SHOULD NOT BE OPERATED AT SPEEDS IN EXCESS OF THE REPLACEMENT TIRE'S SPEED RATING.



LEADING TIRE MANUFACTURERS RECOMMEND THAT THE TIRES WITH THE BEST TRACTION BE MOUNTED ON THE REAR OF THE VEHICLE, EVEN ON FRONT WHEEL DRIVE VEHICLES, FOR BETTER PERFORMANCE ON WET AND SLICK ROADS.

**INSPECT YOUR TIRES FREQUENTLY**

DRIVING ON DAMAGED OR BADLY WORN TIRES COULD RESULT IN TIRE DESTRUCTION. DO NOT DRIVE ON BADLY WORN TIRES. They will not provide adequate traction, particularly in wet weather. Consider your tires worn out and unsafe when the tread depth is 2/32" or less in any groove. Sears passenger tires contain "Wear-Bars" in the grooves of the tire tread which show up when 2/32nds of an inch or less of tread is remaining. At this stage your tires must be replaced. Tires worn beyond this stage are dangerous.

DO NOT DRIVE ON DAMAGED TIRES. Avoid unnecessary impacts with holes and other objects which can ultimately cause tire failure. Examine tires periodically for general condition. Punctures can cause carcass damage. If in doubt, have your tires checked at your nearest Sears Auto Center.

Maintain proper wheel alignment and balance to avoid premature tire wear and erratic vehicle handling.

Treadwear may be improved by *periodic tire rotation.* Sears Auto Center offers tire rotation on most vehicles. Before rotating tires, always consult the owner's manual for rotation recommendations for specific vehicles. If no rotation period is specified, tires should be rotated at any sign of uneven tire wear. Your tires should be rotated by a qualified tire technician.

IMPROPER TIRE MIXING IS DANGEROUS. Ideally, all four tires on a vehicle should be of the same construction type (all bias, bias-belted, or all radial) and of the same aspect ratio/size. Never mix tires of different construction types or aspect ratios on the same axle. Also, under no circumstance should radial tires be mounted on the front axle, including front wheel drive vehicles, with non-radial tires on the rear axle. If it is necessary to mix different aspect ratios on the same vehicle, those tires having the lower aspect ratio, which provides for improved vehicle stability, should always be installed on the rear axle. FAILURE TO OBSERVE THIS RULE OR MIXING TIRES OF DIFFERENT CONSTRUCTION TYPES OR ASPECT RATIOS MAY PRODUCE DANGEROUS HANDLING CHARACTERISTICS IN YOUR VEHICLE AND LEAD TO AN ACCIDENT.

DO NOT OVERLOAD The maximum load rating of your tires is marked on the tire sidewall. Do not exceed these ratings. Follow the loading instructions of the manufacturer of your vehicle and this will insure that your tires are not overloaded. TIRES WHICH ARE LOADED BEYOND THEIR MAXIMUM ALLOWABLE LOADS FOR THE PARTICULAR APPLICATION WILL BUILD UP EXCESSIVE HEAT THAT MAY RESULT IN SUDDEN TIRE DESTRUCTION. See Above. DO NOT EXCEED THE GROSS AXLE WEIGHT RATINGS FOR ANY AXLE ON YOUR VEHICLE

TRAILERS Check the tire decal and the owner's manual supplied by the manufacturer of your vehicle for recommendations on trailer towing.

REPAIRS Punctures in the tread of passenger tires may not be repairable. To determine whether or not a tire is repairable, go to a qualified tire technician. DO NOT USE AN INNER TUBE FOR THE REPAIR OF A DAMAGED TIRE. DO NOT PLUG REPAIRS. UNDER NO CIRCUMSTANCES ARE PUNCTURES IN EXCESS OF 1/4" REPAIRABLE.

STORAGE When tires are stored, they should be stored in a cool place away from sources of heat and ozone such as hot pipes and electric generators. Be sure that surfaces on which tires are stored are clean and free from grease, gasoline or other substances which may deteriorate the rubber. TIRES EXPOSED TO THESE MATERIALS DURING STORAGE OR DRIVING COULD BE SUBJECT TO SUDDEN FAILURE.

TIRE SPINNING When in mud, sand, snow or ice conditions, do not spin wheels excessively. In such conditions, with automatic transmission vehicles, by accelerating excessively, it is possible to spin one of the drive tires beyond its speed capacity. This is also true when balancing a drive tire/wheel assembly using the engine of the vehicle to spin the wheel.

VALVES Old valves may leak. New tires deserve new valves. Use valve caps.

**BATTERY REMOVAL AND INSTALLATION**

| | |
|---|---|
| **WARNING:** | KEEP BATTERY OUT OF REACH OF CHILDREN. DO NOT TIP BATTERY. |
| **POISON:** | CAUSES SEVERE BURNS. Contains sulfuric acid. Avoid ingestion and contact with eyes, skin or clothing. |
| **ANTIDOTE:** | INTERNAL—If ingested, drink large amounts of water or milk mixed with egg whites, if conscious. DO NOT induce vomiting. Seek prompt medical attention. |
| | EYES—Flush immediately with large amounts of water for at least 15 minutes. Seek prompt medical attention. |
| | EXTERNAL—Flush immediately with water. Seek medical attention. |
| **DANGER:** | EXPLOSIVE—CAN CAUSE BLINDNESS OR OTHER SEVERE INJURIES. Batteries produce explosive gases. Keep sparks, flames, and cigarettes away. Ventilate when charging or using in enclosed space. Always shield eyes and face when working near batteries. |
| **Battery Removal and Installation:** | IMPORTANT—Turn off all switches. Close vehicle doors. Before removing cables, note battery position and cable polarity and tie a string to the cable connected to the positive (+) terminal.<br>1. CAUTION—When removing battery, always remove the grounded cable first and when installing battery, connect the grounded cable last. The grounded cable is the one connected to the engine or frame.<br>2. Loosen and remove battery holddown clamp.<br>3. Carefully lift out old battery; do not tip.<br>4. Clean battery tray. If necessary, use wire brush or scraper to remove corrosion. Be sure drain holes are open and there are no stones or other foreign objects in tray that could pierce base of battery.<br>5. Gently lower battery into correct position for connecting battery cables. Clean cable terminal connectors with wire brush. Replace damaged or corroded connectors or frayed cables.<br>6. Position holddown clamp and tighten fasteners. Over-tightening of holddown clamp may result in a distorted or cracked case.<br>7. Connect cables, making certain that positive (+) cable is attached to positive terminal and negative (–) cable to negative terminal. Always connect the ground cable last. Spread cable clamp if necessary so it will fit easily on the terminal. Clamp must never be pounded on to terminal. Tighten seated clamp securely and coat with Corrosion Protection. On side terminal batteries tighten bolt finger tight and wrench tighten no more than 1/4 turn. (Torque 5 to 7 foot pounds.) Installing cables backwards can ruin the components of a car's charging system. |

**NOTE:** Broken cases, posts and component damage due to improper installation are not covered by battery warranties.

(10/05)   **Prices firm upon customer authorization. Labor charges based upon average industry standard time manual for repairs on typical vehicles, adjusted for local competitive conditions.**