\*\*E-Filed 8/11/2011\*\*

SQUIRE, SANDERS & DEMPSEY (US) LLP
Mark C. Dosker (CA Bar # 114789)
  Mark.Dosker@ssd.com
Julie E. Schwartz (CA Bar # 260624)
  Julie.Schwartz@ssd.com
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:  +1.415.954.0200
Facsimile:  +1.415.393.9887

SQUIRE, SANDERS & DEMPSEY (US) LLP
Philip M. Oliss
  Philip.Oliss@ssd.com
Bruce Khula
  Bruce.Khula@ssd.com
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone:  +1.216.479.8500
Facsimile:  +1.216.479.8780

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

OTHER PARTIES' COUNSEL
SHOWN ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN FAULK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK AND CO.,<br><br>Defendant. | Case No.  CV 11-02159 JF<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST FOR ORDER SETTING HEARING ON MOTION TO DISMISS AND [~~PROPOSED~~] ORDER** |

Plaintiff Kevin Faulk ("Plaintiff") and Defendant Sears, Roebuck and Co. ("Sears"), by and through their respective counsel, enter into the following Stipulation:

WHEREAS, on July 11, 2011, Defendant Sears Roebuck and Co. ("Sears") filed a motion to dismiss the claims in the Class Action Complaint filed by Plaintiff Kevin Faulk ("Plaintiff") and set that motion for hearing on Friday, August 26, 2011 at 9:00 a.m. (Dkt. 20);

WHEREAS, on July 17, 2011, Plaintiff filed his First Amended Class Action Complaint (Dkt. 21);

WHEREAS, on July 29, 2011, one of Sears' counsel (Julie Schwartz) contacted Christian Delaney, Calendar Clerk for Judge Fogel, to determine available hearing dates for its Motion to Dismiss Plaintiff's Amended Class Action Complaint ("Motion to Dismiss"), filed concurrently herewith;

WHEREAS, Ms. Delaney informed Sears' counsel that Judge Fogel is not setting new hearing dates but will consider hearing additional matters on dates previously reserved if the parties so stipulate;

WHEREAS, the hearing on Sears' original motion to dismiss remains on calendar; and

WHEREAS, the parties have agreed to waive the 35-day notice requirement of Civil Local Rule 7-2(a) and to have Sears' Motion to Dismiss heard on Friday, August 26, 2011, the date set for hearing on Sears' original motion to dismiss.

NOW, THEREFORE, the parties hereby stipulate, by and through their undersigned attorneys of record, to an Order of the Court that:

1. The hearing on Sears' Motion to Dismiss shall be set for Friday, August 26, 2011 at 9:00 a.m. in Courtroom 3 of the San Jose Courthouse of the above-entitled Court;

2. Plaintiff shall file his response to the Motion to Dismiss on or before August 15, 2011; and

3. Sears shall file its reply on or before August 22, 2011.

**IT IS SO STIPULATED.**

Dated: August 1, 2011

| MADDOX HARGETT & CARUSO | SQUIRE, SANDERS & DEMPSEY (US) LLP |
|---|---|
| By:  */s/ Barbara Quinn Smith*<br>      Barbara Quinn Smith | By:  */s/ Mark C. Dosker*<br>      Mark C. Dosker |
| 9853 Johnnycake Ridge Road, Suite 302<br>Mentor, OH 44060<br>Telephone: 440-354-4010<br>Facsimile: 440-848-8175 | 275 Battery Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone: 415.954.0200<br>Facsimile:  415.393.9887 |
| Attorneys for Plaintiff<br>KEVIN FAULK | Attorneys for Defendant<br>SEARS, ROEBUCK AND CO. |

## ATTESTATION

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

　　　　　　　　　　　　　　　　　　　　*/s/  Mark C. Dosker*
　　　　　　　　　　　　　　　　　　　　    Mark C. Dosker

1  **IT IS SO ORDERED.**

2  Dated: _____August 11, 2011_____          _____
                                                  United States District Judge