1  Barbara Quinn Smith (Ohio Bar 0055328)
   (*Pro Hac Vice*)
2  **MADDOX HARGETT & CARUSO**
   9930 Johnnycake Ridge Road
3  Suite 3F
4  Mentor, OH 44060
   Telephone: 440-354-4010
5  Facsimile: 440-848-8175

6  Additional counsel listed below

7

8              IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10

11 **KEVIN FAULK,** on behalf of himself       Case Number: 3:11-CV-02159-SI
   and all others similarly situated,

12              **Plaintiff,**

13     -v-                                     **STIPULATION TO CONTINUE CASE
                                                MANAGEMENT CONFERENCE
14 **SEARS, ROEBUCK AND CO.,**                 AND [PROPOSED] ORDER**

15              **Defendant**                   Currently set for:
                                                December 16, 2011
16                                              2:30 p.m.
                                                Courtroom 10, 19th Floor
17

18

19
        The parties, pursuant to Local Rules 7-12 and 16-2, stipulate and respectfully request that
20
   the Case Management Conference currently scheduled for December 16, 2011 be continued.
21
   Plaintiffs' counsel Barbara Quinn Smith states that her husband is a member of the United States
22
   Air Force, and is required to attend a Department of Defense conference for military members
23
   returning from deployment and their families.  The conference is in Orlando, Florida and begins
24
   on December 16, and Plaintiffs' counsel would like to attend the conference.  The Fridays on
25
   which Counsel for all parties are next available to appear in San Francisco are either January 20
26
   or January 27, 2012, and the Court is respectfully requested to reschedule the conference for one
27
   of those dates, or thereafter at the Court's convenience.
28

- 1 -
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:11-CV-02159-SI

| | | |
|---|---|---|
| 1 | Dated:  November 23, 2011 | Respectfully submitted, |
| 2 | | _/s/Barbara Quinn Smith_____ |
| | | Barbara Quinn Smith (Ohio Bar 0055328) |
| 3 | | |
| 4 | | Thomas K. Caldwell (Indiana Bar 16001-49) |
| | | (*pro hac vice*) |
| 5 | | T. John Kirk (Indiana Bar 27202-29) |
| | | (*Pro Hac Vice*) |
| 6 | | MADDOX HARGETT & CARUSO |
| 7 | | 10100 Lantern Road, Suite 150 |
| | | Fishers, IN 46038 |
| 8 | | Telephone: 317-598-2040 |
| | | Facsimile: 317-598-2050 |
| 9 | | |
| 10 | | Robert G. Padrick (SBN 103971) |
| | | LAW OFFICES OF ROBERT G. PADRICK, A PLC |
| 11 | | 961 Woodside Road, Suite B |
| 12 | | Redwood City, CA 94061 |
| | | Tel.:    (650) 268-9750 |
| 13 | | Fax:    (650) 268-9750 |
| | | rgpadrick@padricklaw.com |
| 14 | | |
| 15 | | Attorneys for Plaintiff |
| 16 | | Respectfully submitted, |
| 17 | | _____/s/ Mark C. Dosker_____ |
| | | Mark C. Dosker |
| 18 | | |
| 19 | | SQUIRE, SANDERS & DEMPSEY (US) LLP |
| | | Mark C. Dosker (CA Bar No. 114789) |
| 20 | | 275 Battery Street, Suite 2600 |
| | | San Francisco, CA 94111 |
| 21 | | Tel: +1.415.954.0210 |
| 22 | | Fax: +1.415.393.9887 |
| | | mark.dosker@ssd.com |
| 23 | | |
| 24 | | SQUIRE, SANDERS & DEMPSEY (US) LLP |
| | | Philip M. Oliss |
| 25 | | 4900 Key Tower |
| | | 127 Public Square |
| 26 | | Cleveland, OH 44114 |
| | | Telephone:    +1.216.479.8500 |
| 27 | | Facsimile:    +1.216.479.8780 |
| | | philip.oliss@ssd.com |
| 28 | | |
| | | Attorneys for Defendant |

- 2 -
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:11-CV-02159-SI

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference is

2  continued from December 16, 2010 to January __20__, 2012.

3

4     11/23/11                                                      *Susan Illston*

5  Dated                                                             United States District Judge