**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN FAULK, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>SEARS ROEBUCK AND COMPANY,<br><br>  Defendant. | Case No.: C-11-02159-YGR<br><br>**ORDER RESCHEDULING HEARING ON MOTION FOR CLASS CERTIFICATION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

Due to the recent reassignment of this case, all law and motion hearing dates were vacated. The Court hereby **RESETS** the Hearing on the Motion to Certify the Class for **December 11, 2012** at 9:00 a.m. in the Federal Courthouse at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

The parties' briefing schedule remains as follows:  Motion due October 5, 2012, Opposition due November 9, 2012, Reply due November 26, 2012.

**IT IS SO ORDERED.**

April 3, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**