**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KEVIN FAULK**, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>**SEARS ROEBUCK AND COMPANY**,<br><br>        Defendant. | Case No.: C-11-02159-YGR<br><br>**ORDER DENYING REQUEST TO MODIFY BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION** |

The parties' Request for an Enlargement of Time Related to Plaintiff's Anticipated Motion for Class Certification is **DENIED**.

This Order Terminates Docket Number 58.

**IT IS SO ORDERED.**

Date: July 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**