T. John Kirk (Indiana Bar 27202-29)
(*Pro Hac Vice*)
**MADDOX HARGETT & CARUSO, P.C.**
10100 Lantern Road, Suite 150
Fishers, IN 46037
Telephone: 317-598-2040
Facsimile: 317-598-2050
kirktjohn@mhclaw.com

Philip M. Oliss (*Pro Hac Vice*)
Bruce Khula (*Pro Hac Vice*)
**SQUIRE SANDERS (US) LLP**
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone:    (216) 479-8500
Facsimile:    (216) 479-8780
philip.oliss@squiresanders.com
bruce.khula@squiresanders.com

Additional counsel listed below

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **KEVIN FAULK,** on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>-v-<br><br>**SEARS, ROEBUCK AND CO.,**<br><br>**Defendant** | **Case Number:** 4:11-CV-02159-YGR<br><br>**STIPULATION REGARDING A CHANGE IN THE BRIEFING SCHEDULE FOR NAMED PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br>AND AMENDED ORDER |

Through this Stipulated Request and [Proposed] Order, Plaintiff Kevin Faulk ("Plaintiff") and Defendant Sears, Roebuck and Co. ("Sears") stipulate and agree to change the briefing on

- 1 -
STIPULATION REGARDING A CHANGE IN THE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION - CASE NO:  4:11-CV-02159-YGR

Plaintiff's Motion for Class Certification, and jointly request that the Court approve this change pursuant to L.R. 6-2.

WHEREAS, in a minute entry on January 20, 2012, Judge Susan Illston set the following schedule for class certification:

| Deadline for filing of anticipated class certification motion | October 5, 2012 |
|---|---|
| Sears' opposition to class certification due | November 9, 2012 |
| Plaintiff's reply in support of class certification due | November 26, 2012 |
| Hearing on Plaintiff's motion for class certification: | December 17, 2012 |

WHEREAS, the case was transferred to the Honorable Judge Yvonne Gonzalez Rogers on March 28, 2012 [Dkt. 54];

WHEREAS, on April 3, 2012, Judge Yvonne Gonzalez Rogers reset the hearing date for Plaintiff's anticipated motion for class certification to December 11, 2012 with the briefing schedule remaining the unchanged [Dkt. 55];

WHEREAS, on July 24, 2012, Plaintiff sent Defendant a letter and requested available dates for depositions of a number of Defendant's current and former employees located in Oregon, Washington, Chicago, and Las Vegas, and each of those depositions has occurred or has been scheduled to occur during the month of September, with the sole exception of Rick Sawyer, a former employee of Defendant discussed in the Amended Complaint and a witness Named Plaintiff believes is key for Plaintiff's Motion for Class Certification ;

WHEREAS, although the Parties have been diligent in trying to schedule Mr. Sawyer's deposition, the only available date for Named Plaintiff's counsel, Defendant's counsel, and Mr. Sawyer is October 3, 2012, two days before the current due date for Named Plaintiff's Motion for Class Certification;

WHEREAS, on August 1, 2012, Defendant sent a letter to Plaintiff's counsel requesting the deposition of Named Plaintiff in September, but was advised by Plaintiff's counsel that Named Plaintiff is not unavailable for deposition during the last two weeks of September;

WHEREAS, although the Parties have been diligent in trying to schedule Named Plaintiff's deposition, the first available date for Named Plaintiff, Plaintiff's counsel, and Defendant's counsel is October 9, 2012;

WHEREAS, the Parties previously requested a four month extension of the hearing on Plaintiff's Motion for Class Certification [Dkt. 58];

WHEREAS, the previous request for the extension of the hearing on Plaintiff's Motion for Class Certification was denied [Dkt. 59];

WHEREAS, the Parties understand the Court's desire to keep the hearing date on Plaintiff's Motion for Class Certification. Thus, this Stipulation does not seek to change the hearing date for Plaintiff's Motion, but only changes its briefing schedule.

WHEREAS, while the proposed schedule shortens Defendant's time in which to oppose class certification, Plaintiff has represented that Defendant will not be prejudiced by the shortened response time as Plaintiff has agreed to identify any potential declarants in a timely fashion and to cooperate fully in Defendant's efforts to take their depositions sufficiently in advance of the deadline for Sears' opposition brief.

ACCORDINGLY, pursuant to Civil Local Rules 6-2 and 7-12, the Parties hereby stipulate to, and request the Court's approval of, a change in the class certification briefing schedule, while keeping the same hearing date:

| | |
|---|---|
| Deadline for filing of Plaintiff's anticipated motion for class certification | October 12, 2012 |
| Sears' opposition to class certification due | November 9, 2012 |
| Plaintiff's reply in support of class certification due | November 26, 2012 |
| Hearing on motion for class certification | December 11, 2012 |

| | | |
|---|---|---|
| 1 | Dated:  September 12, 2012 | Respectfully submitted, |
| 2 | | /s/ T. John Kirk                                  |
| | | T. John Kirk (Indiana Bar 27202-29) |
| 3 | | |
| 4 | | Thomas K. Caldwell (Indiana Bar 16001-49) |
| | | (P*ro Hac Vice)* |
| 5 | | MADDOX HARGETT & CARUSO, P.C. |
| | | 10100 Lantern Road, Suite 150 |
| 6 | | Fishers, IN 46037 |
| | | Telephone: 317-598-2040 |
| 7 | | Facsimile: 317-598-2050 |
| | | tkcaldwell@mhclaw.com |
| 8 | | |
| 9 | | Barbara Quinn Smith (Ohio Bar 0055328) |
| | | (*Pro Hac Vice)* |
| 10 | | MADDOX HARGETT & CARUSO, P.C. |
| | | 9930 Johnnycake Ridge Road |
| 11 | | Suite 3F |
| 12 | | Mentor, OH 44060 |
| | | Telephone: 440-354-4010 |
| 13 | | Facsimile: 440-848-8175 |
| | | bqsmith@mhclaw.com |
| 14 | | |
| 15 | | Robert G. Padrick (SBN 103971) |
| | | LAW OFFICES OF ROBERT G. PADRICK, A PLC |
| 16 | | 961 Woodside Road, Suite B |
| | | Redwood City, CA 94061 |
| 17 | | Telephone:  650-268-9750 |
| 18 | | Facsimile:  650-268-9750 |
| | | rgpadrick@padricklaw.com |
| 19 | | |
| 20 | | Attorneys for Plaintiff |
| 21 | | |
| 22 | | /s/ Bruce Khula                                    |
| | | Bruce Khula (*Pro Hac Vice*) |
| 23 | | |
| 24 | | Philip M. Oliss (*Pro Hac Vice*) |
| | | Bruce Khula (*Pro Hac Vice*) |
| 25 | | SQUIRE SANDERS (US) LLP |
| | | 4900 Key Tower |
| 26 | | 127 Public Square |
| | | Cleveland, OH 44114 |
| 27 | | Telephone:      (216) 479-8500 |
| 28 | | Facsimile:       (216) 479-8780 |
| | | philip.oliss@squiresanders.com |

- 4 -

STIPULATION REGARDING A CHANGE IN THE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION - CASE NO:  4:11-CV-02159-YGR

bruce.khula@squiresanders.com

Mark C. Dosker (CA Bar No. 114789)
Julie E. Schwartz (CA Bar No. 260624)
SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0210
Facsimile:  (415) 393-9887
mark.dosker@squiresanders.com
julie.schwartz@squiresanders.com

Attorneys for Defendant

## AMENDED [~~PROPOSED~~] ORDER

Pursuant to the Stipulation between the Parties, and good cause appearing therefor, IT IS HEREBY ORDERED, that

1. Plaintiff shall file his motion for class certification on or before October 12, 2012;

2. Defendant shall file its response in opposition to the motion for class certification on or before November 9, 2012;

3. Plaintiff shall file his reply in support of the motion for class certification on or before November 26, 2012 [~~2013~~];

4. The hearing on the motion for class certification will be set for December 11, 2012 or as the Court's schedule may allow.

IT IS SO ORDERED.

Dated: September 18, 2012

JUDGE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE