1  T. John Kirk (Indiana Bar 27202-29)
   (*Pro hac vice*)
2  **MADDOX HARGETT AND CARUSO, P.C.**
   10100 Lantern Road, Suite 150
3  Fishers, IN 46037
   Telephone:  +1.317.598.2040
4  Facsimile:  +1.317.598.2050
   kirktjohn@mhclaw.com
5
   Robert G. Padrick (California Bar 103971)
6  **LAW OFFICES OF ROBERT G. PADRICK, A PLC**
   961 Woodside Road, Suite B
7  Redwood City, CA 94061
   Telephone:  +1.650.268.9750
8  Facsimile:  +1.650.268.9750
   rgpadrick@padricklaw.com
9

**IT IS SO ORDERED**

Judge Yvonne Gonzalez Rogers

January 22, 2014

10  Attorneys for Plaintiff
    KEVIN FAULK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN FAULK, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>    Defendant. | Case No.  11-CV-02159-YGR<br><br>**CLASS ACTION**<br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
|---|---|

1    IT IS HEREBY JOINTLY STIPULATED by Plaintiff Kevin Faulk ("Plaintiff") and
2 Defendant Sears, Roebuck and Co., through their undersigned counsel of record, that, pursuant to
3 Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be
4 dismissed in its entirety with Prejudice as to Plaintiff.

5    Each party shall bear its own attorneys' fees and costs incurred in the above-captioned
6 action, as expressly provided by the parties' confidential, executed Settlement and Release of All
7 Claims.

8

9 DATED: January 15, 2014         MADDOX, HARGETT AND CARUSO, P.C.

10                                By:  __/s/ T. John Kirk_____
                                       T. John Kirk
11                                *Attorneys for Plaintiff Kevin Faulk*

12

13 DATED: January 15, 2014         SQUIRE SANDERS (US) LLP

14

15                                By:  _/s/ Philip M. Oliss_____
                                       Philip M. Oliss
16                                *Attorneys for Defendant Sears, Roebuck and Co.*

---

Joint Stipulation of Dismissal with Prejudice        - 1 -        Case No. 11-CV-02159-YGR

1383487/3/CLEVELAND